UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GABRIEL G. H. MIDALGO,

               Plaintiff,

     v.

SGT. BARBERRY, et al.,

               Defendants.
_____

<u>DECISION & ORDER</u>

06-CV-6223L

       Plaintiff in the above-referenced matter having filed a motion for leave to amend his complaint (Docket # 16), and thereafter having filed a motion to compel this Court to issue a decision relating to his motion to amend (Docket # 32), and this Court having granted plaintiff leave to amend his complaint (Docket # 59), it is hereby

       ORDERED, that plaintiff's motion to compel a decision **(Docket # 32)** is **DENIED as MOOT**.

**IT IS SO ORDERED.**

                                                  <u>*s/Marian W. Payson*</u>
                                                     MARIAN W. PAYSON
                                               United States Magistrate Judge

Dated: Rochester, New York
       February <u> 27 </u>, 2008